# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATT CARTWRIGHT and ROBERT MORGAN, | : |
| Petitioners, | : |
| v. | : MISC. ACTION NO. 3:18-0014 |
| JOHN R. WALSH and LAURE G. WALSH, | : (JUDGE MANNION) |
| Respondents | : |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED** that the Motion to Quash Subpoenas Duces Tecum and Ad Testificandum of Non-Parties Congressman Matthew Cartwright and Robert Morgan, (Doc. 1), is **GRANTED**. The subpoena, dated December 15, 2017, issued to Robert Morgan by John Walsh, III, and the subpoena, dated December 20, 2017, issued to Congressman Matthew Cartwright by John Walsh, III, are hereby **QUASHED**. The clerk of court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 18, 2018**
O:\Mannion\shared\MEMORANDA - DJ\MISCELLANEOUS\2018\18-0014-01-ORDER.wpd